==================================================================
## * * * * * UNITED STATES DISTRICT COURT * * * * *

__     NORTHERN    __  DISTRICT OF  __     NEW YORK     __

**JUDGMENT IN A CIVIL CASE**

LISA BISHOP o/b/o T.F.,
       Plaintiff,

  vs.                                 7:13-CV-1059 (MAD)

CAROLYN W. COLVIN,
       Defendant.

__  XX  __   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

 **THE COURT HEREBY ORDERS**, that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is **GRANTED**; the Court further **ORDERS** that Defendant's motion for judgment on the pleadings (Dkt. No. 17) is **DENIED**; the Court further **ORDERS** that this case is **REVERSED** and this matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Memorandum-Decision and Order; the Court further **ORDERS** that the Clerk of the Court shall enter judgment and close this case, all in accordance with the Memorandum-Decision and Order issued by the Hon. Mae A. D'Agostino on March 27, 2015.

**DATE:** __ March 27, 2015 __

*[signature]*
Clerk of Court

By: Britney Norton
Courtroom Deputy Clerk to the
Hon. Mae A. D'Agostino